UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00198 |
| | ) | |
| [4] MOHAMED METLEG | ) | |
| a/k/a MO | ) | |
| a/k/a RABEAH NASHER | ) | |
| a/k/a RUPERT GOLDBERG | ) | |
| a/k/a JASON MURDOCH | ) | |
| | ) | |
| [5] NAWAK CHAOUK | ) | |
| a/k/a ANDREW THORN | ) | |
| a/k/a NEVO | ) | |

## GOVERNMENT'S MOTION TO SEAL

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully moves the Court to seal the Affidavits in Support of Request for Extraditions issued in this matter until further order of the Court.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

It is so ordered:

_____
E. CLIFTON KNOWLES
U.S. MAGISTRATE JUDGE