IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-12-00198-04 |
| v. | ) | |
| | ) | |
| MOHAMED METLEG | ) | |

ORDER

At the hearing on June 13, 2014, retained defense counsel advised that they would enter into an agreed order of substitution of counsel with Mr. Dawson, who was appointed by the Court on May 19, 2014. Defendant was arraigned and entered pleas of not guilty to all counts. Counsel then moved to continue the detention hearing to **Friday, June 20, 2014, at 1:30 p.m.,** which was granted without objection from the Government.

The Clerk of Court is directed to furnish a copy of this order to Mr. Edward Yarbrough, and Mr. J. Alex Little, Bone, McAllester & Norton, PLLC.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge