*Motion is GRANTED.*

*[signature]*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 3:12-cr-00198 |
| ) | JUDGE TRAUGER |
| MOHAMED METLEG ) | |
| and NAWAK CHAOUK ) | |

**UNITED STATES' MOTION TO DISMISS COUNT NINE
OF THE SUPERSEDING INDICTMENT**

Comes now the United States of America, by and through the undersigned Assistant United States Attorney, and after careful consideration, hereby moves the Court, pursuant to Fed. R. Crim. P. 48(a) to dismiss Count Nine of the superseding indictment, as currently charged, without prejudice. The United States reserves comment at this time on the viability of the arguments raised by counsel for defendant Metleg in his pending motion and incorporated memorandum seeking the dismissal of Count Nine (D.E. 194), which was joined by defendant Chaouk (D.E. 195). The United States' election to dismiss said Count, at present, moots the pending motion.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

 *s/ Philip H Wehby*
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151

1