## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:12-00198 |
| ) | Judge Trauger |
| ) | |
| [4] MOHAMED METLEG ) | |

### O R D E R

It is **ORDERED** that the government shall respond to the defendant's Motion to Reconsider (Docket No. 214) by August 8, 2014.

It is so **ORDERED**.

ENTER this 6th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge