IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00198 |
| | ) | Judge Trauger |
| | ) | |
| [4] MOHAMED METLEG | ) | |

**O R D E R**

The Defendant's Motion to Reconsider (Docket No. 214) is **GRANTED**, and the court's Order entered August 5, 2014 (Docket No. 213) is **VACATED**.

Based upon the filings of the parties, it is hereby **ORDERED** that Count Nine of the Superseding Indictment is **DISMISSED WITH PREJUDICE** as to defendant Metleg, insofar as it alleges an intent to commit an offense under Australian law. This dismissal is **WITHOUT PREJUDICE** as to the government properly recharging an offense under 18 U.S.C. § 924(b) that charges an intent to violate United States law.

It is so **ORDERED**.

ENTER this 11th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge